UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Mag. Judge Case No. 04-M-1110 JGD |
| ) | |
| LIONEL CORMIER   ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Brent McSweyn, of the Bureau of Alcohol, Tobacco, Firearms and Explosives, do hereby make oath before the Honorable Charles B. Swartwood, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Lionel Cormier on an indictment filed in the District of Maine charging the defendant with Count 1-Conspiracy to Possess Drugs with Intent To Distribute in violation of 21 U.S.C. § 846, Counts 2 and 4--Possession of Drugs with Intent To Distribute in violation of 21 U.S.C. § 841 (a)(1), Count 3-Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), Count 5-- Use of a Firearm During and In Relation To a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Brent McSweyn
Special Agent, Bureau Of Alcohol,
Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 16th day of September, 2004.

Charles B. Swartwood
United States Magistrate Judge