# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

04m-1110-JGD

v.

**WARRANT OF ARREST**

LIONEL CORMIER

CASE NUMBER: 04-74-B-W

TO:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Lionel Cormier and bring him or her forthwith to the nearest magistrate to answer an indictment charging him or her with:

Count One: Conspiracy to possess with intent to distribute drugs, in violation of Title 21 United States Code, Section(s) 846; Counts II and IV charging possession with intent to distribute drugs in violation of Title 21, United State Code, Section 841(a)(1); Count III charging felon in possession of firearm in violation of Title 18, Section 922(g)(1) and Count V charging use of firearm in drug trafficking crime in violation of Title 18, Section 924(c).

Brenda DeRoche
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

September 15, 2004, Bangor, ME
Date and Location

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By: *[signature]*
Deputy Clerk